

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Albert Patrick Zapia<br><br>Plaintiff,<br>V.<br>Wells Fargo Bank, N.A.; DOES 1 - 100, inclusive<br><br>Defendant. | Civil Action No. 18-cv-00026-CAB-JLB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff's claim against Wells Fargo is precluded by the doctrine of res judicata. Because such a finding makes any amendment necessarily futile, Plaintiff's complaint is Dismissed With Prejudice. The Clerk of the Court shall close this case. It is So Ordered.

Date: 6/1/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez
J. Gutierrez, Deputy